United States District Court
Southern District of Texas
**ENTERED**
November 24, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BRANDON JONES, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 4:19-cv-04510 |
| A-BEAUTIFUL POOLS, INC., | § § § | |
| Defendant. | § | |

## ORDER APPROVING SETTLEMENT

Before the Court is the Joint Motion for Order Approving Fair Labor Standards Act Collective Action settlement pursuant t to 29 U.S.C. § 216(b).  For good cause shown, and as more fully explained below, the Motion is GRANTED.

The Court finds that the settlement terms negotiated by the parties and described in their Settlement Agreement, a copy of which was attached to the Motion, are a fair and reasonable resolution of a bona fide dispute between the Plaintiffs (*i.e.*, the Named Plaintiff and those individuals who will elected to participate in this case as opt-in plaintiffs, as identified by name on Exhibit 1 to the Settlement Agreement) and the Defendant A-Beautiful Pools, Inc., that the Attorney's Fees and Expenses Payment are reasonable, that the Incentive Payment is reasonable, and that the settlement of the claims as to the Plaintiffs according to the procedure set forth in the Settlement Agreement is therefore approved.  The Parties shall administer the settlement of the claims of the Plaintiffs as set forth in the Settlement Agreement.

The claims of the Plaintiffs are DISMISSED WITH PREJUDICE.

**SO ORDERED.**

**DATE** 11/24/2020

_____
**JUDGE PRESIDING**